PROB 12C
(7/93)

Report Date:  February 23, 2016

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2016

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel A. Espinoza          Case Number: 0980 2:09CR02022-RHW-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 12, 2010

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person , 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 65 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: June 19, 2015 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: February 18, 2018 |

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Espinoza submitted a random drug test on February 4, 2016, which tested presumptive positive for opiates and THC.  The specimen was sent to Alere for confirmation.   On February 9, 2016, Officer Santana received a drug test report from Alere, showing positive results for opiates, marijuana and amphetamines. |
| 2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On February 22, 2016, Mr. Espinoza signed a drug use admission form, admitting to consuming methamphetamine and heroin on or about February 22, 2016. He also informed this officer he has been using daily for a while. |

**Prob12C**
**Re: Espinoza, Miguel A.**
**February 23, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/23/2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[ X ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

February 24, 2016

Date