PROB 12C  
(6/16)

Report Date: October 7, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Miguel A. Espinoza           Case Number: 0980 2:09CR02022-RMP-1

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 12, 2010

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person , 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 65 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>March 11, 2015 | Prison - 4 months;<br>TSR - 32 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: June 19, 2015 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: February 18, 2018 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/23/2016 and 06/24/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On August 26, 2016, Mr. Espinoza was cited by Toppenish Police, case number 6Z0916155, with the following: Toppenish Municipal Code 9.94.020 threats to do harm; RCW 9A.36.150 interfering with reporting domestic violence; and RCW 9A.48.090 malicious mischief 3rd Degree. |

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition**: The defendant shall not commit another Federal, state, or local crime. |

Prob12C
Re: Espinoza, Miguel A.
October 7, 2016
Page 2

**Supporting Evidence**: On September 11, 2016, Mr. Espinoza was arrested by the Yakima County Sheriff's Office for eluding, possession of a controlled substance, and unlawful possession of a firearm.

On September 27, 2016, Mr. Espinoza was formally charged in Yakima County Superior Court with the following felonies: RCW 46.61.024 attempt to elude; RCW 69.50.4013(1) possession of a controlled substance; and RCW 9.41.040(1)(A) unlawful possession of a firearm in the first degree.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/07/2016

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[  ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

10/7/2016

Date