UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL ESPINOZA,<br><br>Defendant. | NO: 2:09-CR-2022-RMP<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO QUASH ARREST WARRANT |

BEFORE THE COURT is a motion, ECF No. 165, by the United States to quash the arrest warrant issued by the Court on June 24, 2016, ECF No. 151. No response was filed by Defendant. The Court has reviewed the motion and the remaining docket in this matter and is fully informed.

The day after the arrest warrant, ECF No. 151, was issued, the U.S. Marshal filed a return indicating that the previous arrest warrant filed in Mr. Espinoza's supervised release violation matter was executed on the same date that it was issued—February 24, 2016. *See* ECF Nos. 132 and 152. The arrest warrant at ECF No. 151, therefore, is superfluous. Moreover, this Court entered a revocation

ORDER GRANTING GOVERNMENT'S MOTION TO QUASH ARREST WARRANT ~ 1

judgment against Mr. Espinoza on June 7, 2017, resolving the outstanding supervised release violations. ECF No. 163.

Accordingly, the Government's motion to quash, **ECF No. 165**, is **GRANTED**, and the arrest warrant filed at **ECF No. 151**, is **QUASHED**.

The District Court Clerk is directed to enter this Order and provide copies to counsel and the U.S. Marshal.

**DATED** July 25, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER GRANTING GOVERNMENT'S MOTION TO QUASH ARREST WARRANT ~ 2